CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 1 9 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

|  |  |
|---|---|
| REUBEN CHARLES JONES, | ) |
| Plaintiff, | ) Case No. 7:09CV00032 |
| v. | ) |
|  | ) **ORDER** |
| S. K. WASILESKI, <u>ET AL.</u>, | ) |
|  | ) **By: Glen E. Conrad** |
| Defendants. | ) **United States District Judge** |

In accordance with the accompanying memorandum opinion, it is hereby

## ORDERED

that plaintiff's claims against Defendants Black and Warren are hereby **DISMISSED** without

prejudice, pursuant 28 U.S.C. § 1915A(b)(2), because as magistrates, they enjoy judicial immunity

from suit for monetary damages for the alleged violations. By separate order, the court will direct

the clerk to attempt service of process on the remaining defendants.

ENTER: This 19th day of March, 2009.

_____
United States District Judge