IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REUBEN CHARLES JONES, | Case No. 7:09CV00032 |
| Plaintiff, | |
| v. | FINAL ORDER |
| S. K. WASILESKI, ET AL., | |
| Defendants. | By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

ORDERED

that defendants' motion for summary judgment is **GRANTED**; plaintiff's motion for summary judgment is **DENIED**; any state law claims are **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c)(3); and the action is stricken from the active docket of the court.

ENTER: This 23d day of December, 2009.

_____
United States District Judge